IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, ) ) ) ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) ) | NO. 24 C 11450 |
| v. ) ) | JUDGE EDMOND E. CHANG |
| A-MASONRY GROUP, INC., ) an Illinois corporation, ) ) Defendant. ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, A-MASONRY GROUP, INC., an Illinois corporation, in the total amount of $63,639.44, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,512.50.

On December 17, 2024, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Lyle Neeman, Document Specialist) at its place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 7, 2025. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone:  312/216-2550
Facsimile: 312/236-0241
E-Mail: cfallo@baumsigman.com

i:\52j\a-masonry\#30907\complaint.cwf.df.docx

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 24th day of January 2025:

    Illinois Corporation Service Company, Registered Agent
    A-Masonry Group, Inc.
    801 Adlai Stevenson Drive
    Springfield, IL   62703-4261

    Mr. Jessie Arias, President
    A-Masonry Group, Inc.
    9933 S. Western Avenue
    Chicago, IL   60643-1810

            /s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone:  312/216-2550
Facsimile: 312/236-0241
E-Mail: cfallo@baumsigman.com

i:\52j\a-masonry\#30907\complaint.cwf.df.docx